# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Herschel Allen Jobes** DOB: 1985; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**19-03279MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 12, 2019, at or near the village of Menegar's Dam, on the Tohono O'odham Nation (TON), in the District of Arizona, knowing or in reckless disregard that a certain alien, including Jose Eric Espitia-Marquez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 12, 2019, at or near the village of Menegar's Dam, on the Tohono O'odham Nation (TON), in the District of Arizona, United States Border Patrol Agents (BPA) performing patrol duties on Federal Route (FR-1) were alerted by an agent working the Mobile Surveillance Capability (MSC), that four subjects were observed crossing the border. Agents observed a while later a silver Dodge pickup truck heading south on FR-1. Agents conducted a records check on the truck and the check revealed the vehicle was registered to **Herschel Allen Jobes,** from Phoenix, AZ. The MSC operator advised agents that the silver truck had driven into the village of Menegar's Dam, parked by a dumpster, and moments later a single subject was seen running from the brush and entering the backseat of the truck. The truck was observed heading north on FR-1, by the MSC operator. Agents stopped the Dodge pickup truck and the truck contained three subjects. The driver of the truck was identified as **Jobes**, front seat passenger was identified as Lan Quang Tran, and the rear seat passenger was identified as Jose Eric Espitia-Marquez. BPA determined that Espitia-Marquez was in the United States illegally. During a subsequent search of the vehicle, agents discovered a .380 caliber pistol under the driver's seat and a grey eTalk cell phone.

In a post-*Miranda* statement, **Jobes** stated that he and Tran traveled from Phoenix, AZ to the Desert Diamond casino in Ajo, AZ, but left a short time later as it was not what they had expected. **Jobes** stated that he couldn't remember who received the phone call about picking up the person; him or Tran. **Jobes** stated he couldn't tell agents who made the request because he couldn't remember who received the call. He also denied ownership of the additional cell phone found in the truck.

The material witness Espitia-Marquez stated that he had made arrangements to be smuggled into the United States for money. He stated that he received a grey eTalk cell phone from an unknown individual and was guided by a foot guide to Menegar's Dam. The foot guide told him to wait at the pickup location for further instructions. Espitia-Marquez stated he used the phone only to contact "Jesus" for updates and to receive food and water. He stated that Jesus told him that a silver Dodge pickup truck was on the way to pick him up. He stated that when the truck arrived he ran and got in the back seat. He stated the men in the truck were nice to him and gave him a cigarette.

**MATERIAL WITNESS IN RELATION TO THE CHARGE:** Jose Eric Espitia-Marquez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA TU/jan | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI, Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1) | DATE<br>July 15, 2019 |

1)  See Federal rules of Criminal Procedure Rules 3 and 54